# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DAY KIMBALL HEALTHCARE, INC. and ERICA J. KESSELMAN, M.D.,<br><br>    Plaintiffs,<br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>    Defendants. | Case No. 3:19-cv-01521-KAD<br><br><br><br><br>September 27, 2019 |

## NOTICE OF APPEARANCE OF DOMINIC SPINELLI

Please enter the appearance of Dominic Spinelli of the law firm of Peabody & Arnold LLP as counsel for the Defendant, Steadfast Insurance Company, in the above-referenced matter.

            STEADFAST INSURANCE COMPANY,

            By its attorneys,

            /s/ Dominic Spinelli
            PEABODY & ARNOLD LLP
            Federal Reserve Plaza
            600 Atlantic Avenue
            Boston, MA 02210
            Phone: (617) 951-2100
            Fax: (617) 951-2125
            Email: dspinelli@peabodyarnold.com

2

**CERTIFICATE OF SERVICE**

I, Dominic Spinelli, hereby certify that on this 27th day of September, 2019 I caused a true copy of the foregoing document to be served electronically upon all counsel of record by CM/ECF.

/s/ Dominic Spinelli
Dominic Spinelli

1649281_1
15021-205224