# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DAY KIMBALL HEALTHCARE, INC. and ERICA J. KESSELMAN, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and STEADFAST INSURANCE COMPANY, <br><br> Defendants. | Case No. 3:19CV1521(KAD) <br><br><br><br><br><br><br><br><br><br> October 1, 2019 |

## JOINT MOTION FOR ENLARGEMENT OF TIME – WITH CONSENT

Pursuant to Local Civil Rule 7(b)(1)(a), the Defendants ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY ("Allied World") and STEADFAST INSURANCE COMPANY ("Steadfast") respectfully move this Court for a fourteen (14) day extension of time up through and including October 17, 2019, to answer or otherwise respond to the Plaintiffs' Complaint. The additional time is sought because the undersigned counsel require sufficient time within which to investigate the claims asserted in the Plaintiffs' Complaint and properly respond to same. Pursuant to Local Rule 7(b)(3), this is the first extension of time sought by either Allied World or Steadfast. Further, no trial date has been assigned to this matter. As such, there will be no prejudice to the Plaintiffs if this Motion is granted. The Plaintiffs' counsel, Attorney Michael McCormack, has consented to this request.

Respectfully submitted,

By: /s/ Cristin E. Sheehan (CT26207)

1474345v.1

                       Cristin E. Sheehan
                       Fed. Bar No. CT26207
                       MORRISON MAHONEY LLP
                       One Constitution Plaza, 10th Floor
                       Hartford, CT 06103
                       Phone: (860) 616-7638
                       Fax: (860) 541-4883
                       Email: cesheeha@morrisonmahoney.com

*Counsel for Allied World Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company*


By: /s/ Dominic Spinelli
     Dominic Spinelli
     Peabody & Arnold LLP
     Federal Reserve Plaza
     600 Atlantic Avenue
     Boston, MA 02210
     Phone: (617) 951-2030
     Fax: (617) 951-2125
     Email: dspinelli@peabodyarnold.com

*Counsel for Steadfast Insurance Company*

**CERTIFICATION**

      I hereby certify that on this same date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael T. McCormack
O'Sullivan McCormack Jensen & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
*Counsel for Plaintiffs Day Kimball Healthcare Inc. and Erica J. Kesselman, M.D.*

Dominic Spinelli
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
*Counsel for Defendant Steadfast Insurance Company*

    /s/ Cristin E. Sheehan (CT26207)
    Cristin E. Sheehan
    Fed. Bar No. CT26207
    MORRISON MAHONEY LLP
    One Constitution Plaza, 10th Floor
    Hartford, CT 06103
    Phone: (860) 616-7638
    Fax: (860) 541-4883
    Email: cesheeha@morrisonmahoney.com