UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAY KIMBALL HEALTHCARE, INC. and ERICA J. KESSELMAN, M.D., <br><br>   Plaintiffs <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and STEADFAST INSURANCE COMPANY, <br><br>   Defendant. | Case No. 3:19CV1521(KAD) |

**MOTION OF DEFENDANT STEADFAST INSURANCE
COMPANY TO DISMISS PLAINTIFFS' COMPLAINT**

The defendant Steadfast Insurance Company ("Steadfast") hereby moves pursuant to Fed.R.Civ.P. 12(b)(6) that all claims against it in this action be dismissed for failure to state a claim upon which relief can be granted. As is set forth more fully in the memorandum of law filed herewith, the Complaint should be dismissed because it is clear as a matter of law that the underlying matter for which the plaintiffs seek coverage is not a covered Claim under the Steadfast Policy. The plaintiffs' Complaint fails as against Steadfast and should be dismissed because the underlying matter is not a Claim first made against an Insured during the applicable Policy Period.

                                        STEADFAST INSURANCE COMPANY,

                                        By its attorneys,

                                        /s/ Dominic Spinelli  
                                        PEABODY & ARNOLD LLP  
Dated : October 17, 2019               Federal Reserve Plaza  
                                        600 Atlantic Avenue  
                                        Boston, MA 02210  
                                        Phone: (617) 951-2100  
                                        Fax: (617) 951-2125  
                                        Email: dspinelli@peabodyarnold.com

## **CERTIFICATE OF SERVICE**

     I, Dominic Spinelli, hereby certify that on this 17th day of October 2019 I caused a true copy of the foregoing document to be served electronically upon all counsel of record by CM/ECF.

                                          /s/ Dominic Spinelli  
                                          Dominic Spinelli

1655233_1