# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DAY KIMBALL HEALTHCARE, INC. and ERICA J. KESSELMAN, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and STEADFAST INSURANCE COMPANY, <br><br> Defendants. | Case No. 3:19-cv-01521-KAD <br><br><br><br><br><br><br><br><br><br> October 17, 2019 |

## DEFENDANT ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Allied World Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company ("Allied World"), respectfully moves the Court to dismiss with prejudice the complaint filed by Plaintiffs Day Kimball Healthcare, Inc. ("Day Kimball") and Erica J. Kesselman, M.D. ("Dr. Kesselman") (together, "Plaintiffs").  Plaintiffs filed this declaratory judgment action seeking a determination that Allied World has a duty to indemnify Plaintiffs under a claims-made and reported Health Care Organization Umbrella Liability Insurance Policy (the "Allied World Policy") issued by Allied World to Day Kimball in connection with the action styled *Meagan Corona, et al. v. Day Kimball Healthcare, Inc., et al.*, Docket No. X07-HHD-CV15-6075511 (the "*Corona* Action") currently pending in the Superior Court of Connecticut for the Judicial District of Putnam.  As set forth more fully in Allied World's supporting memorandum of law, which is incorporated herein by reference, Allied World owes no such duty to Plaintiffs in connection with the *Corona*

Action because: (1) the *Corona* Action is not a "Claim" first made during the policy period of the Allied World Policy, as is required to trigger the Allied World Policy's relevant insuring agreement; and (2) Plaintiffs failed to provide notice of circumstances that could give rise to a "Claim," and therefore the later-made *Corona* Action cannot be deemed to have been first made during the policy period of the Allied World Policy.

Accordingly, this declaratory judgment lawsuit should be dismissed with prejudice for failure to state a claim.

    Respectfully submitted,

    By: /s/ Cristin E. Sheehan (CT26207)
Cristin E. Sheehan
Fed. Bar No. CT26207
MORRISON MAHONEY LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone: (860) 616-4441
Fax: (860) 541-4883
Email: cesheeha@morrisonmahoney.com

Of Counsel:

Richard A. Simpson (*pro hac vice* to be filed)
Kimberly A. Ashmore (*pro hac vice* to be filed)
Jessica N. Gallinaro (*pro hac vice* to be filed)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Phone: 202-719-7000
Fax: 202-719-7049
rsimpson@wileyrein.com
kashmore@wileyrein.com
jgallinaro@wileyrein.com

*Counsel for Allied World Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2019, I caused to be served by U.S. mail the foregoing Defendant Allied World Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company's Motion to Dismiss for Failure to State a Claim upon the following:

>Michael T. McCormack
>O'Sullivan McCormack Jensen & Bliss PC
>Putnam Park, Suite 100
>100 Great Meadow Road
>Wethersfield, CT 06109-2371
>
>*Counsel for Plaintiffs Day Kimball Healthcare Inc. and Erica J. Kesselman, M.D.*
>
>
>Dominic Spinelli
>Peabody & Arnold LLP
>Federal Reserve Plaza
>600 Atlantic Avenue
>Boston, MA 02210
>
>*Counsel for Defendant Steadfast Insurance Company*

>/s/ Cristin E. Sheehan (CT26207)
>Cristin E. Sheehan
>Fed. Bar No. CT26207
>MORRISON MAHONEY LLP
>One Constitution Plaza, 10th Floor
>Hartford, CT 06103
>Phone: (860) 616-4441
>Fax: (860) 541-4883
>Email: cesheeha@morrisonmahoney.com