UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAY KIMBALL HEALTHCARE, INC.,
ERICA J. KESSELMAN,
    Plaintiffs,

v.                                            Case No. 3:19-cv-01521(KAD)

ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,
STEADFAST INSURANCE COMPANY,
    Defendants.

## JUDGMENT

This matter came on for consideration of the defendants' motions to dismiss [doc. #18, doc. #19], before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. The Court held a hearing on the motions on April 27, 2020. On October 09, 2020, the Court issued a ruling granting the defendants' motions. Accordingly, judgment shall enter in favor of the defendants. It is therefore;

ORDERED, ADJUDGED AND DECREED that judgment enter in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of October 2020.

ROBIN D. TABORA, Clerk

By: /s/ Kristen Gould
Kristen Gould
Deputy Clerk

EOD:
10/13/2020